# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shariffe O Harrisingh a/k/a Shariffe Omarr Harrisingh | BK NO. 24-00804 MJC |
| Debtor(s) | Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Matrix Financial Services Corporation and index same on the master mailing list.

      Respectfully submitted,

/s/ Michael Farrington
Michael Farrington
23 Apr 2024, 15:01:52, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322