UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SHARIFFE O HARRISINGH | CASE NO: 5:24-BK-00804<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 13 |

On 5/31/2024, I did cause a copy of the following documents, described below,

Notice of Confirmation Hearing on First Amended Plan

First Amended Chapter 13 Plan

~~Proposed Order~~

~~Notice of Motion to Modify Plan After Confirmation~~

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/31/2024

/s/ Kim M. Diddio
Kim M. Diddio  86708

Kim Diddio Attorney at LAw
17 S 6th St
Stroudsburg, PA  18360
570 801 1336
kdiddio@diddiolaw.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SHARIFFE O HARRISINGH

CASE NO: 5:24-BK-00804

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 5/31/2024, a copy of the following documents, described below,

Notice of Confirmation Hearing on First Amended Plan

First Amended Chapter 13 Plan

~~Proposed Order~~

~~Notice of Motion to Modify Plan After Confirmation~~

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/31/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M. Diddio
Kim Diddio Attorney at LAw
17 S 6th St
Stroudsburg, PA  18360

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| CASE INFO | | | EXCLUDE |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 524-BK-00804<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>FRI MAY 31 8-34-23 PST 2024 | ACAR LEASING LTD DBA GM FINANCIAL<br>LEASING<br>P O BOX 183853<br>ARLINGTON   TX 76096-3853 | | ~~(U)MATRIX FINANCIAL SERVICES~~<br>~~CORPORATION~~ |

| EXCLUDE | EXCLUDE | |
|---|---|---|
| ~~US BANKRUPTCY COURT~~<br>~~MAX ROSENN US COURTHOUSE~~<br>~~197 SOUTH MAIN STREET~~<br>~~WILKES-BARRE   PA 18701-1500~~ | ~~(D)ACAR LEASING LTD DBA GM FINANCIAL~~<br>~~LEASING~~<br>~~PO BOX 183853~~<br>~~ARLINGTON   TX  76096-3853~~ | ACAR LEASING LTD DBA GM FINANCIAL<br>P O BOX 183853<br>ARLINGTON   TX 76096-3853 |

| | | |
|---|---|---|
| AMEXCITIBANK   NA<br>9111 DUKE BLVD<br>MASON   OH 45040-8999 | APPLE CARDGS BANK USA<br>LOCKBOX 6112 PO BOX 7247<br>PHILADELPHIA   PA 19170-0001 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO   TX 79998-2238 |

| | | |
|---|---|---|
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY   UT 84131-0293 | CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE   NC   28272-1083 | DISCOVER BANK<br>PO BOX 30939<br>SALT LAKE CITY   UT 84130-0939 |

| | | |
|---|---|---|
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY   OH   43054-3025 | ELEKTRA FEDERAL CRED<br>124 W 30TH ST<br>NEW YORK   NY 10001-4094 | GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON   TX 76096-1145 |

| EXCLUDE | | |
|---|---|---|
| ~~(D)GM FINANCIAL~~<br>~~PO BOX 181145~~<br>~~ARLINGTON   TX  76096-1145~~ | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FUNDING   LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE   SC 29603-0587 |

| | | |
|---|---|---|
| NYS TAX DEPARTMENT<br>OPTS LIABILITY CORRESPONDENCE SECTION<br>W A HARRIMAN CAMPUS<br>ALBANY   NY 12227-0853 | NEW YORK STATE DEPARTMENT OF TAXATION<br>FINAN<br>BANKRUPTCY SECTION<br>P O BOX 5300<br>ALBANY   NY 12205-0300 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION   PO BOX 280946<br>HARRISBURG PA 17128-0946 |

| | | |
|---|---|---|
| PENNSYLVANIA DEPT OF REVENUE<br>PO BOX 280948<br>HARRISBURG   PA 17128-0948 | ROUNDPOINT MORTGAGE<br>5032 PARKWAY PLAZA BLVD<br>CHARLOTTE   NC 28217-1918 | (P)ROUNDPOINT MORTGAGE SERVICING<br>CORPORATION<br>446 WRENPLACE ROAD<br>FORT MILL SC 29715-0200 |

| | EXCLUDE | EXCLUDE |
|---|---|---|
| SYNCBPC RICHARDS<br>PO BOX 965036<br>ORLANDO   FL 32896-5036 | ~~UNITED STATES TRUSTEE~~<br>~~US COURTHOUSE~~<br>~~1501 N 6TH ST~~<br>~~HARRISBURG   PA 17102-1104~~ | ~~(P)JACK N   ZAHAROPOULOS~~<br>~~ATTN CHAPTER 13 TRUSTEE~~<br>~~8125 ADAMS DRIVE SUITE A~~<br>~~HUMMELSTOWN PA 17036-8625~~ |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

EXCLUDE                                 EXCLUDE

KIM M DIDDIO                            SHARIFFE O HARRISINGH
17 N 6TH STREET                         64 BRIARLEIGH DRIVE
STROUDSBURG, PA 18360-2177              EAST STROUDSBURG, PA 18301-8057
```