**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:      SHARIFFE O HARRISINGH
            AKA: SHARIFFE OMARR HARRISINGH

                                                CHAPTER 13

            Debtor(s)

            JACK N. ZAHAROPOULOS                CASE NO: 5-24-00804-MJC
            CHAPTER 13 TRUSTEE
                    Movant
            vs.
            SHARIFFE O HARRISINGH
            AKA: SHARIFFE OMARR HARRISINGH

                    Respondent(s)

                    **TRUSTEE'S MOTION TO DISMISS CASE**

AND NOW, on July 29, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for
the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and
respectfully represents the following:

1.    An Amended Plan was filed on May 31, 2024.

2.    A hearing was held and an Order was entered on July 11, 2024 directing that an
      amended plan be filed within fourteen (14) days.

3.    As of the date of this Motion, an amended plan has not been filed.

4.    The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon
the basis that Debtors have failed to propose a confirmable plan.

                        Respectfully submitted,

                        /s/   Agatha R. McHale, Esquire
                        Id:   47613
                        Attorney for Movant
                        Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        Suite A, 8125 Adams Drive
                        Hummelstown, PA   17036
                        Phone:   717-566-6097
                        email: amchale@pamd13trustee.com

IN RE:    SHARIFFE O HARRISINGH
           AKA: SHARIFFE OMARR HARRISINGH

                    Debtor(s)              CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                    Movant              CASE NO: 5-24-00804-MJC

SHARIFFE O HARRISINGH
AKA: SHARIFFE OMARR HARRISINGH

                    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

  U.S. Bankruptcy Court                  Date:  September 5, 2024
  Max Rosenn U.S. Courthouse
  Courtroom #2                      Time:  10:00 AM
  197 S. Main Street
  Wilkes Barre, PA  18701

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

  Date:  July 29, 2024                /s/  Agatha R. McHale, Esquire
                                      Id:  47613
                                      Attorney for Trustee
                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      Suite A, 8125 Adams Dr.
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097
                                      email: info@pamd13trustee.com

IN RE:   SHARIFFE O HARRISINGH
         AKA: SHARIFFE OMARR HARRISINGH        CHAPTER 13

                        Debtor(s)
         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE                     CASE NO: 5-24-00804-MJC
                        Movant

         vs.
         SHARIFFE O HARRISINGH
         AKA: SHARIFFE OMARR HARRISINGH

                        Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on July 29, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
KIM M DIDDIO, ESQUIRE
17 N 6TH STREET
STROUDSBURG, PA  18360

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

Served by 1st Class Mail
SHARIFFE O HARRISINGH
64 BRIARLEIGH DRIVE
EAST STROUDSBURG, PA  18301-8057

I certify under penalty of perjury that the foregoing is true and correct.

Date:   July 29, 2024                /s/ Vickie Williams
                                     Office of Standing Chapter 13 Trustee
                                     Jack N. Zaharopoulos
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA   17036
                                     Phone:   (717) 566-6097
                                     email: info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   SHARIFFE O HARRISINGH
           AKA: SHARIFFE OMARR HARRISINGH

                 Debtor(s)                       CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                 Movant

SHARIFFE O HARRISINGH              CASE NO: 5-24-00804-MJC
AKA: SHARIFFE OMARR HARRISINGH

                 Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.   The Court retains jurisdiction to rule on any timely filed fee application.