## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SHARIFFE O HARRISINGH | CASE NO: 5:24-BK-00804<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/29/2024, I did cause a copy of the following documents, described below,

Notice of Confirmation Hearing on Second Amended Plan

Second Amended Chapter 13 Plan

Proposed Order

Notice of Motion to Modify Plan After Confirmation

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/29/2024

/s/ Kim M. Diddio
Kim M. Diddio  86708

Kim Diddio Attorney at LAw
17 North 6th Street
Stroudsburg, PA  18360
570 801 1336
kdiddio@diddiolaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>SHARIFFE O HARRISINGH | CASE NO: 5:24-BK-00804<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 7/29/2024, a copy of the following documents, described below,

Notice of Confirmation Hearing on Second Amended Plan

Second Amended Chapter 13 Plan

Proposed Order

Notice of Motion to Modify Plan After Confirmation

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/29/2024

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Kim M. Diddio
Kim Diddio Attorney at LAw
17 North 6th Street
Stroudsburg, PA  18360

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | | | EXCLUDE |
|---|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 524-BK-00804<br>MIDDLE DISTRICT OF PENNSYLVANIA<br>MON JUL 29 11-23-38 PST 2024 | ACAR LEASING LTD DBA GM FINANCIAL LEASING<br>P O BOX 183853<br>ARLINGTON TX 76096-3853 | | (U)MATRIX FINANCIAL SERVICES CORPORATION |

| EXCLUDE | EXCLUDE | | |
|---|---|---|---|
| US BANKRUPTCY COURT<br>MAX ROSENN US COURTHOUSE<br>197 SOUTH MAIN STREET<br>WILKES-BARRE PA 18701-1500 | (D)ACAR LEASING LTD DBA GM FINANCIAL LEASING<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | ACAR LEASING LTD DBA GM FINANCIAL<br>P O BOX 183853<br>ARLINGTON TX 76096-3853 | |

| AMEXCITIBANK NA<br>9111 DUKE BLVD<br>MASON OH 45040-8999 | APPLE CARDGS BANK USA<br>LOCKBOX 6112 PO BOX 7247<br>PHILADELPHIA PA 19170-0001 | BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
|---|---|---|
| BANK OF AMERICA NA<br>PO BOX 673033<br>DALLAS TX 75267-3033 | CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY UT 84131-0293 | CAPITAL ONE NA<br>BY AIS INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 |
| CITIBANK NA<br>CITIBANK NA<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108-5027 | DISCOVER BANK<br>PO BOX 30939<br>SALT LAKE CITY UT 84130-0939 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |

| | | EXCLUDE |
|---|---|---|
| ELEKTRA FEDERAL CRED<br>124 W 30TH ST<br>NEW YORK NY 10001-4094 | GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 | (D)GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 |

| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | NYS TAX DEPARTMENT<br>OPTS LIABILITY CORRESPONDENCE SECTION<br>W A HARRIMAN CAMPUS<br>ALBANY NY 12227-0853 |
|---|---|---|
| NEW YORK STATE DEPARTMENT OF TAXATION<br>FINAN<br>BANKRUPTCY SECTION<br>P O BOX 5300<br>ALBANY NY 12205-0300 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| PENNSYLVANIA DEPT OF REVENUE<br>PO BOX 280948<br>HARRISBURG PA 17128-0948 | ROUNDPOINT MORTGAGE<br>5032 PARKWAY PLAZA BLVD<br>CHARLOTTE NC 28217-1918 | (P)ROUNDPOINT MORTGAGE SERVICING CORPORATION<br>446 WRENPLACE ROAD<br>FORT MILL SC 29715-0200 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SYNCBPC RICHARDS
PO BOX 965036
ORLANDO  FL 32896-5036

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~US COURTHOUSE~~
~~1501 N 6TH ST~~
~~HARRISBURG  PA 17102-1104~~

~~EXCLUDE~~
~~(P)JACK N  ZAHAROPOULOS~~
~~ATTN CHAPTER 13 TRUSTEE~~
~~8125 ADAMS DRIVE SUITE A~~
~~HUMMELSTOWN PA 17036-8625~~

~~EXCLUDE~~
~~KIM M DIDDIO~~
~~17 N 6TH STREET~~
~~STROUDSBURG  PA 18360-2177~~

~~EXCLUDE~~
~~SHARIFFE O HARRISINGH~~
~~64 BRIARLEIGH DRIVE~~
~~EAST STROUDSBURG  PA 18301-8057~~