Rev. Dec 1, 2017

## LOCAL BANKRUPTCY FORM 2016-2(c)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE:<br>Shariffe O. Harrisingh | CHAPTER: | 13 |
|---|---|---|
| Debtor(s) | CASE NO. | 5:24-BK-00804 |

### REQUEST FOR PAYMENT OF CHAPTER 13 COMPENSATION AND EXPENSES

**Instructions:** Complete **Part A** for payment of the presumptively reasonable fee, as described in L.B.R. 2016-2(c), reimbursement of expenses to be paid through a Chapter 13 plan. Complete **Part B** for payment of compensation and reimbursement of expenses to be allowed under a separate application and Court order. Complete **Part C** for all requests for payment of compensation and reimbursement of expenses.

| A. Presumptively reasonable fees under L.B.R. 2016-2(c) | |
|---|---|
| 1. Amount agreed to by debtor | $ 4,500.00 |
| 2. Less amount paid to attorney outside of plan distributions | $ 1,200.00 |
| 3. Balance of compensation to be paid through plan distributions | $ 3,300.00 |
| 4. Expenses advanced to be paid through plan distributions: (describe expense and amount) Copy and Postage for Amended PLan | $ 43.24 |

| B. Compensation and reimbursement of expenses allowed upon application and order under LBR 2016-2(a) | |
|---|---|
| 1. Compensation and expenses to be approved by the Court | |
| 2. Less amounts paid to attorney outside of plan distributions | |
| 3. Balance of compensation and expenses to be paid through plan distributions | |

| C. The undersigned hereby requests payment through the plan for compensation and reimbursement of expenses under 11 U.S.C. ' 503(b)(2) in the following amount based on the information above: | $ $3,343.24 |
|---|---|

Dated: September 4, 2024      /s/ Kim M. Diddio, Esq.
                              Attorney for Debtor